

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jason Ward <br><br><br> Plaintiff, <br> V. <br><br> State of California <br><br><br> Defendant. | Civil Action No. 21-cv-00364-DMS-AHG <br><br> **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's Motion to Proceed IFP is GRANTED and the Complaint is DISMISSED without prejudice for failure to state a claim.

Date:        5/21/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  M. Exler
                                                M. Exler, Deputy